# MOTION AND PROCEDURAL RULINGS

**2002–0585. Klein v. Leis.**
Hamilton App. Nos. C–020012, C–020013, C–020015 and C–020021, 146 Ohio App.3d 519, 2002-Ohio-1634. On motion for admission pro hac vice of Robert Dowlet and Stefan Tahmassebi by Walter J. Vogel and motion for admission pro hac vice of James H. Warner by Walter J. Vogel. Motions granted.

**2002–1557. State ex rel. Steelcraft Mfg. Co. v. Indus. Comm.**
Franklin App. No. 01AP–1271, 2002-Ohio-3778. On request for oral argument. Request denied.

**2002–1628. Topp v. Martin.**
In Quo Warranto. On bill and documentation in support of attorney fees of Gary L. Willen pursuant to the order of November 20, 2002, bill and documentation in support of attorney fees of John S. Campbell pursuant to the order of November 20, 2002, and bill and documentation in support of attorney fees of Judge William J. Martin pursuant to the order of November 20, 2002. Requests granted.

**2002–1844. State ex rel. The Cincinnati Enquirer, Div. of Gannett Satellite Info. Network, Inc. v. Cincinnati Bd. of Edn.**
In Mandamus. On S.Ct.Prac.R. X(5) determination and respondents' answer.

IT IS HEREBY ORDERED that relator's R.C. 149.351 civil-forfeiture claim be, and hereby is, DISMISSED.

IT IS FURTHER ORDERED that an alternative writ be, and hereby is, GRANTED on relator's R.C. 149.43 claim.

**2002–1851. State v. McHale.**
Montgomery App. No. 18963, 2002-Ohio-2373. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–1924. Daroczy v. Lantz.**
Franklin App. No. 02AP–31, 2002-Ohio-5417. On motion for stay of court of appeals' decision. Motion denied.

**2002–1958. White v. Am. Mfrs. Mut. Ins. Co.**
Montgomery App. No. 19206, 2002-Ohio-4125. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; briefing schedule stayed.

**2002–1984. In re Buechter.**
Miami App. No. 2002CA22, 2002-Ohio-5598. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Decision and Entry dated November 8, 2002:

"The certified issue is whether a court has subject-matter jurisdiction to award retroactive child-support payments in a paternity action filed after the child has reached the age of majority."

The conflict cases are *Snider v. Lillie* (1997), 131 Ohio App.3d 444, 722 N.E.2d 1036, and *In re Livingston* (1996), 115 Ohio App.3d 613, 685 N.E.2d 1285.